IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW HOESSLER,<br><br>        *Plaintiff,*<br><br>v.<br><br>WESTMORELAND COUNTY SHERIFF'S DEPARTMENT, *et al*,<br><br>        *Defendants.* | Civil Action No. 2:21-cv-1261<br><br>Hon. William S. Stickman IV<br>Hon. Maureen P. Kelly |

## ORDER OF COURT

AND NOW, this __8__ day of June 2022, after Plaintiff, Matthew Hoessler, filed a *pro se* Complaint (ECF No. 6), and after a Report and Recommendation was filed by United States Magistrate Judge Maureen P. Kelly recommending dismissal of Plaintiff's Complaint for failure to prosecute (ECF No. 33), and having received no objections, the Court hereby ADOPTS Magistrate Judge Kelly's Report and Recommendation as its Opinion.

IT IS HEREBY ORDERED that Plaintiff's Complaint (ECF No. 6) is DISMISSED WITH PREJUDICE for failure to prosecute. The Clerk is directed to mark this CASE CLOSED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE